# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2226

_____

| | | |
|---|---|---|
| Alexander Jones, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| McDonnell Douglas Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 12, 2000

Filed: January 20, 2000

_____

Before HANSEN, BRIGHT, and FAGG, Circuit Judges.

_____

PER CURIAM.

Alexander Jones appeals the district court's adverse grant of summary judgment in this wrongful termination action. Jones, a mechanic at McDonnell Douglas Corporation, was terminated from his employment for leaving the workplace without clocking out. In keeping with the collective bargaining agreement, the union represented Jones during the first two steps of the grievance procedure. When the union declined to pursue the grievance further, Jones brought this action against his former employer. The district court concluded Jones failed to prove the union breached its duty of fair representation and thus granted summary judgment to McDonnell

Douglas Corporation without reaching the question of just cause for Jones's termination.

Having considered the record and the parties' briefs in the context of Jones's contentions, we believe the district court decision is correct. We also believe that an extended discussion about the application of the controlling law to the unique factual circumstances in this case would merely repeat the district court's well-reasoned analysis and serve no useful precedential purpose. We thus affirm on the basis of the district court's memorandum opinion and order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.